# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

| | |
|---|---|
| **Abdul K. Hassan, Esq.** | Tel: 718-740-1000 |
| Email: abdul@abdulhassan.com | Fax: 718-740-2000 |
| *Employment and Labor Lawyer* | Web: www.abdulhassan.com |

**September 30, 2020**

**Via ECF**

Hon. Debra C. Freeman, USMJ
United States District Court, SDNY
500 Pearl Street, Courtroom 17A
New York, NY 10007-1312
Tel: 212-805-4650

<u>**Re: De Los Santos v. El Valle 794 Rest., Corp. et al**</u>
   **Case No. 19-CV-11019 (JPC)(DCF)**
   **Status Report**

Dear Magistrate-Judge Freeman:

     My firm represents plaintiff Julio De Los Santos, in the above-referenced action, and I respectfully write to provide the Court with a status report as per Your Honor's August 14, 2020 order. The parties have engaged some discussions but the case has not yet settled.

     We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**Cc: Defense counsel via ECF**

1