```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JULIO DE LOS SANTOS,                                                   :
                                                                       :
                              Plaintiff,                               :
                                                                       :   19 Civ. 11019 (JPC) (DCF)
        -v-                                                            :
                                                                       :             ORDER
EL VALLE 794 REST. CORP. and EHRINO CEDANO,                            :
                                                                       :
                              Defendants.                              :
                                                                       :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court has been informed that this case has settled. All deadlines and hearings are adjourned *sine die*. The parties shall file a motion for settlement approval pursuant to *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015), by February 17, 2022.

SO ORDERED.

Dated: January 27, 2022
       New York, New York

                                                    _____
                                                           JOHN P. CRONAN
                                                        United States District Judge